# CR 01-364 DSD/SRN

# DOCUMENT REMOVED
# FILED UNDER SEAL