PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael Ray Engle**

**Docket No. 0:01CR00364-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Ray Engle** who was sentenced for Possession with Intent to Distribute Crack Cocaine on August 20, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from use of alcohol; participate in drug/alcohol treatment program; and mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On September 27, 2007, Mr. Engle was arrested by the New Hope, Minnesota, police and charged with Fourth Degree Driving While Intoxicated-Misdemeanor and Third Degree Driving While Intoxicated/Test Refusal-Gross Misdemeanor.

STANDARD CONDITION: The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

Mr. Engle has not secured employment as required by the standard conditions of supervision.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

SCANNED
OCT 22 2007
U.S. DISTRICT COURT MPLS

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22nd day of October, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on October 19, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission