PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
NOV 02 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Michael Ray Engle**

**Docket No. 0:01CR00364-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Ray Engle** who was sentenced for Possession with Intent to Distribute Crack Cocaine on August 20, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from use of alcohol; participate in drug/alcohol treatment program; and mandatory drug testing

30 days Remote Alcohol Monitoring Program (modified October 22, 2007)
Employment required (modified October 22, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On October 24, 2007, Mr. Engle submitted to a breath test resulting in .037 percent blood-alcohol concentration. He admitted consuming alcohol the previous evening.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. This 30-day term is in addition to the 30-day term previously ordered through modification on October 22, 2007. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 1st day of November, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on October 31, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
NOV 02 2007
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission