Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Michael Ray Engle

Docket No. 0:01CR00364-001

# HEARING WAIVER

I, Michael Ray Engle, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a remote alcohol monitoring program for an **additional** period of 30 days (60 days total). The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed: Michael Ray Engle   Witness:

Michael Ray Engle

Dated: 10.25.07

SCANNED
NOV 02 2007
U.S. DISTRICT COURT MPLS