PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED

MAR 26 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Michael Ray Engle**

**Docket No. 0:01CR00364-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Ray Engle** who was sentenced for Possession with Intent to Distribute Crack Cocaine on August 20, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from use of alcohol; participate in drug/alcohol treatment program; and mandatory drug testing

30 days Remote Alcohol Monitoring Program (modified October 22, 2007)
Employment required (modified October 22, 2007)
Additional 30 days Remote Alcohol Monitoring Program (modified November 1, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On March 16, 2008, Mr. Engle was arrested by University of Minnesota, Minneapolis, police and charged with Third Degree Driving While Intoxicated-Misdemeanor.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 60 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

SCANNED
MAR 26 2008
U.S. DISTRICT COURT MPLS

The defendant shall participate in a remote alcohol monitoring program for a period of 120 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 26th day of March, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on March 24, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission