Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Michael Ray Engle

Docket No. 0:01CR00364-001

**HEARING WAIVER**

I, Michael Ray Engle, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 60 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days to be served immediately following his release from any residential re-entry center placement. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed: [signature]
Michael Ray Engle

Witness: [signature]

Dated: 3·24·08